Dismiss and Opinion Filed December 19, 2012.



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-12-00890-CR
_____

## DON ALFONSO WILLIAMS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F11-57294-Y

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Moseley

Don Alfonso Williams pleaded guilty to murder. Pursuant to a plea agreement, the trial court assessed punishment at fifty years' imprisonment and a $2,500 fine. Appellant waived his right to appeal in conjunction with the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219-20 (Tex Crim. App. 2000). The trial court certified that the case involves a plea bargain and appellant has no right to appeal. *See Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). The State has filed a motion to dismiss the appeal for want of jurisdiction based on the plea-bargained sentence. Appellant did not respond to the motion. Based on the record before us, we agree we lack jurisdiction over the appeal. We grant the State's motion to dismiss.

We dismiss the appeal for want of jurisdiction. [1]

_____

JIM MOSELEY
JUSTICE

Do Not Publish
Tex. R. App. P. 47
120890F.U05

---

[1] The dismissal of this appeal does not impact the status of the appeals in appellant's companion cases 05-12-00888-CR and 05-12-00889-CR. Those appeals remain pending before the Court.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DON ALFONSO WILLIAMS, Appellant

No. 05-12-00890-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court
No. 7 of Dallas County, Texas (Trial Court
No. F11-57294-Y).
Opinion delivered by Justices Moseley,
Justices Francis and Lang participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered December 19, 2012.

JIM MOSELEY
JUSTICE